BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **PAUL BERNARD KELLEN,** | Case No.: **1:15−CV−01266−BAM** |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for filing of Defendant's Response to Appellant's Letter Brief on Plaintiff be extended twenty (20) days from April 27, 2016 to May 17, 2016. Plaintiff's filing of his Opening Brief will be accordingly extended to June 16, 2016, Defendant's Response Brief will be extended to July 16, 2016, and Plaintiff's Reply Brief will be extended to July 31, 2016. This is Defendant's first

Stip. & Order for Ext.; 1:15−CV−01266−BAM   -1

request for an extension of time.  Counsel for the Defendant needs additional time because he held a conference call concerning Plaintiff's letter brief rather than serve a response letter on Plaintiff's counsel due April 27, 2017 and failed to file a proof of service as required by the Court's Scheduling Order.   Counsel for Defendant erred in calendaring the process to be followed in addressing the issues raised by Plaintiff's counsel in his letter brief, and sincerely apologizes for any inconvenience caused to the Court or to Plaintiff's counsel by this delay.

Dated: May 17, 2016 　　　　　　　*/s/ Melissa Newel*
　　　　　　　　　　　　　　　　MELISSA NEWEL,
　　　　　　　　　　　　　　　　(As authorized via by e-mail on May 17, 2016)

　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: May 17, 2016 　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　DEBORAH L. STACHEL
　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　By:　　　*/s/  Ben A. Porter*
　　　　　　　　　　　　　　　　BEN A. PORTER
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　Attorneys for Defendant

# **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the deadline for service of Defendant's Response to Plaintiff's Letter Brief is extended to May 17, 2016. The deadline for Plaintiff's filing of his Opening Brief is extended accordingly to June 16, 2016, the deadline for filing Defendant's Response Brief is extended to July 16, 2016, and the deadline for filing Plaintiff's Reply Brief is extended to July 31, 2016.

IT IS SO ORDERED.

Dated:   **May 17, 2016**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE